| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar# 87692 |
| | Acting Federal Defender |
| 2 | ANGELES ZARAGOZA, #270198 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | MANDY RICE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 12-0447-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO CONTINUE STATUS CONFERENCE AND** |
| v. | ) | **EXCLUDE TIME** |
| | ) | |
| MANDY RICE, | ) | |
| Defendant. | ) | DATE: April 12, 2013 |
| | ) | TIME: 9:00 a.m. |
| _____ | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |

   IT IS HEREBY STIPULATED and agreed to by United States of America through Assistant United States Attorney JARED DOLAN and ANGELES ZARAGOZA Assistant Federal Defender, attorney for defendant, MANDY RICE that the status conference set for Friday, March 15, 2013 be continued to Friday, April 12, 2013 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: March 12, 2013   JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Angeles Zaragoza
ANGELES ZARAGOZA
Assistant Federal Defender
Attorney for Defendant

DATED: March 12, 2013   BENJAMIN WAGNER
United States Attorney

/s/ Angeles Zaragoza for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy

2

1 | trial.

The Court orders that the time from the date of the parties stipulation, up to and including April 12, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the March 15, 2013 status conference shall be continued until April 12, 2013, at 9:00 a.m.

Dated: March 15, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge