```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  ANGELES ZARAGOZA, #270198
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MANDY RICE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 12-0447-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| MANDY RICE, | |
| Defendant. | DATE: May 17, 2013<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED and agreed to by United States of America through Assistant United States Attorney JARED DOLAN and ANGELES ZARAGOZA Assistant Federal Defender, attorney for defendant, MANDY RICE that the status conference set for Friday, April 12, 2013 be continued to Friday, May 17, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

1 | The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 17, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: April 8, 2013       JOSEPH SCHLESINGER
                           Acting Federal Defender


                           /s/ Angeles Zaragoza
                           ANGELES ZARAGOZA
                           Assistant Federal Defender
                           Attorney for Defendant


DATED: April 8, 2013       BENJAMIN WAGNER
                           United States Attorney


                           /s/ Angeles Zaragoza for
                           JARED DOLAN
                           Assistant U.S. Attorney
                           Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy

2

trial.

The Court orders that the time from the date of the parties stipulation, up to and including May 17, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the April 12, 2013 status conference shall be continued until May 17, 2013, at 9:00 a.m.

Dated: April 9, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge