HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
MANDY RICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 2:12-CR-00447 GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| MANDY RICE | DATE: December 13, 2013 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED and agreed to by United States of America through Assistant United States Attorney JARED DOLAN and BENJAMIN GALLOWAY Assistant Federal Defender, attorney for defendant, MANDY RICE that the status conference set for Friday, October 11, 2013 be continued to Friday, December 13, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, continue investigating the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

-1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 13, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 7, 2013        HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant

DATED: October 7, 2013        BENJAMIN WAGNER
United States Attorney

*/s/ Jared Dolan*
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including December 13, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)[reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the October 11, 2013 status conference shall be continued until December 13, 2013, at 9:00 a.m.

Dated: October 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge